**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Andrea Jones, Plaintiff<br>v. Village of Maywood Illinois<br>a Municipal Corporation, Timothy Curry,<br>S. Cordoba, R. Ochoa, L. Kelly, K. West<br>and unknown Defendants | `FILED: MARCH 26,2008`<br>`08CV1741 NF`<br>`JUDGE CASTILLO`<br>`MAGISTRATE JUDGE ASHMAN` |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Andrea Jones

| | |
|---|---|
| NAME (Type or print)<br>Jeffery P. Gray | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeffery P. Gray | |
| FIRM<br>Law Office of Jeffery P. Gray | |
| STREET ADDRESS<br>27475 Ferry Rd. | |
| CITY/STATE/ZIP<br>Warrenville, Illinois 60555 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6180257 | TELEPHONE NUMBER<br>630-717-2761 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |