IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 CV 1741 |
| | ) |
| VILLAGE OF MAYWOOD, Illinois, a | ) |
| Municipal Corporation, TIMOTHY | ) |
| CURRY, S. CORDOBA, R. OCHOA, L. | ) |
| KELLY, K. WEST and UNKNOWN | ) |
| DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

FILED
May 5, 2008
MAY 05 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

To:   Jeffery P. Gray
      27475 Ferry Road
      Warrenville, Illinois 60555

PLEASE TAKE NOTICE that on this 5th day of May, 2008, we filed **Defendants' Appearance**, in the above-captioned matter, a copy of which is attached hereto and served upon you.

_____
Howard C. Jablecki

Howard C. Jablecki
Lance C. Malina
KLEIN, THORPE & JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400
ARDC #: 6291655

IManage:212993_1

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) | SS |
| **COUNTY OF COOK** | ) | |

### PROOF OF SERVICE

I, Jillian R. Young, a non-attorney, being first duly sworn on oath, state that I served this Notice by mailing a copy to the person named above at his respective address and depositing the same in the U.S. Mail at 20 North Wacker Drive, Chicago, Illinois, at or before 5:00 p.m. on the 5th day of May, 2008.

*/s/ Jillian R. Young*
Jillian R. Young

**SUBSCRIBED AND SWORN** to
before me this 5th day of May, 2008

*/s/ Kerry A Poplin*
Notary Public

OFFICIAL SEAL
KERRY A POPLIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/11

iManage:212993_1

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 CV 1741

Andrea Jones v. Village of Maywood, Illinois, a Municipal Corporation, Timothy Curry, S. Cordoba, R. Ochoa, L. Kelly, K. West and unknown Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Maywood, Timothy Curry, S. Cordoba, R. Ochoa, L. Kelly and K. West

FILED
MAY 05 2008 YM
May 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Howard C. Jablecki |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| Klein, Thorpe and Jenkins, LTD. |

| STREET ADDRESS |
|---|
| 20 N. Wacker Drive, Suite 1660 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291655 | 312-984-6400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐