IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Andrea Jones** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) 08 CV 1741 |
| **Village of Maywood, Illinois, a Municipal Corporation, Timothy Curry, S. Cordoba, R. Ochoa, L. Kelly, K. West and unknown Defendants;** | ) |
| | ) |
| **Defendants.** | ) |

## Initial Status Report

A. <u>Nature of the Case</u>

**Bases for jurisdiction**: This court has Jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over state claims pursuant to 28 U.S.C. § 1367.

**Nature of the claims:** Plaintiff's claims are based on violation the Fourth and Fourteenth amendments to the U.S. Constitution. Arrest without probable cause (False arrest) unlawful detention after arrest and Monell Violations for failure to train. State violations include false imprisonment, malicious prosecution and intentional infliction of emotional distress.

**Relief sought by plaintiff, including computation of claimed damages:**

**Economic Damages:**

Zedrick Braden, Attorney fees to defend criminal charges $2,500.00.

Diane Ainsworth, Attorney fees to defend criminal charges $1,650.00[1]

Centennial Counseling Center- Psychological counseling $740.00

Expungement of Arrest $250.00 (estimate)   Lost wages- To be determined

---

[1] Ainsworth's charges are disputed and have not been paid.

**Non-economic damages:**

Mental distress and anguish- $50,000.00

Humiliation- $25,000.00

Fright-   $25,000.00

**Punitive damages:**

Timothy Curry- $50,000.00

S. Cordoba-$25,000.00
R. Ochoa-$25,000.00
L. Kelly -25,000.00
K. West-$25,000.00

**Attorney's fees** $325.00 per hour

**Names of any parties that have not been served**- All parties have executed waivers of service of summons.

**Major legal issues**:  Whether or not holding an arrestee in custody in excess of two hours, who is able to post bond on a misdemeanor charge, is presumptively unconstitutional.  Whether or not holding a misdemeanor arrestee in a holding cell in violation of minimal standards of confinement, set by the state, constitutes objectively unreasonable detention as well as a violation of due process and equal protection of the law.  Whether the Village of Maywood had a policy or custom that caused a deprivation of Plaintiff's constitutional rights, and whether Plaintiff's alleged situation was recurring so as to constitution deliberate indifference by the Village.

**Major factual issues:**  Did Timothy Curry have probable cause to arrest the Plaintiff.

**Citations to key authorities which will assist the Court in understanding and ruling on the issues:**

Gramenos v. Jewel Companies Inc. 797 F. 2d 432 (7th Cir. 1986)

Simack v. City of Chicago, 2003 WL 924335 (N.D. Ill. 2003)

Lampe v. Ascher, 59 Ill. App. 3d 755, 376 N.E. 2d 74 (4th Dist 1978)

Lopez v. City of Chicago, 464 F.3d 711 (7th Cir. 2006)

      Monell v. Dep. Of Social Services of City of New York, 436 U.S. 658 (1978)

      Gable v. City of Chicago, 296 F.3d 531 (7th Cir. 2002)

      City of Canton v. Harris, 489 U.S. 378 (1989)

B. Outline of the scheduling order required by Fed. R. Civ. P. 16(b):

      (A) The Parties may join other parties or amend the pleadings, without leave of court, on or before September 1, 2008; Written discovery will be issued by July 15, 2008; Expert witnesses for the Plaintiff will be disclosed by October 1, 2008; discovery will be completed by October 30, 2008 and dispositive motions will be filed by December 1, 2008.

      (B) (i) Pursuant to the Court's standing order the parties are exempt from serving Rule 26 disclosures
(ii) Discovery will be conducted in accordance with the Federal Rules of Civil Procedure. No interrogatories, Request to Admit, document production or other discovery shall be served by either party prior to June 30, 2008.
(iii) Electronically stored information will be produced either in hard copy (paper) format or on CD media in a format that is accessible and readable to the requesting party;
(iv) The Parties will agree to a joint protective order in order to protect personnel, medical or other confidential information that may be disclosed during the course of the litigation;
(v) The final pre-trial order will be filed by January 15, 2009. This case will be ready for trial in February 2009

C. Trial Status:  A jury has been requested.

      **Probable length of the trial**:  Two to four days

D. Consent to Proceed Before a Magistrate Judge

      The parties have not consented to proceed before a Magistrate Judge

E. Settlement Status

      Plaintiff has made a demand of $70,000.00

 /S/  Jeffery Gray_____                    /s/ Howard C. Jablecki_____

**Jeffery P. Gray**                                                       **Howard Jablecki**
**Attorney for Andrea Jones**                                **KLEIN THORPE AND JENKINS LTD**.
**27475 Ferry Rd**                                                   **20 N. Wacker Dr. Suite 1660**
**Warrenville, Illinois 60555**                               **Chicago, Illinois 60606**
**630-717-2761**                                                         **312-984-6400**

iManage:214527_1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Andrea Jones | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 08 cv 1741 |
| Village of Maywood, Illinois, a Municipal | ) |
| Corporation, Timothy Curry, S. Cordoba, | ) |
| R. Ochoa, L. Kelly, K. West and unknown | ) |
| Defendants; | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:     Howard C. Jablecki
         KLIEN, THORPE & JENKINS
         20 N. Wacker Dr. Suite 1660
         Chicago, Illinois 60606

You are hereby notified that on June 5 I filed the Initial Status Report with the Clerk of the United States District Court, Northern District of Illinois, copies of which are attached hereto and hereby served upon you.

                                                                Respectfully submitted,

                                                                S/Jeffery Gray
                                                                Attorney for Plaintiff

### PROOF OF SERVICE

**I, certify that on June 5, 2008, I electronically filed the Initial Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:**

Howard C. Jablecki
Klein Thorpe and Jenkins Ltd.

                                                    **Andrea Jones**

                                        By:     s/Jeffery Gray

Jeffery Gray, #6180257
27475 Ferry Road
Warrenville, IL 60555
630-717-2761