**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Andrea Jones
                                Plaintiff,

v.                                                              Case No.: 1:08−cv−01741
                                                                  Honorable Ruben Castillo

Village of Maywood, Illinois, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendants' motion to dismiss [9] is entered and continued to 6/19/2008 at 4:30 p.m. Settlement conference reset to 6/19/2008 at 4:30 p.m. Settlement conference set for 6/11/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.