**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Andrea Jones ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 08 CV 1741 |
| Village of Maywood, Illinois, a Municipal ) | |
| Corporation, Timothy Curry, S. Cordoba, ) | |
| R. Ochoa, L. Kelly, K. West and unknown ) | |
| Defendants; ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RE-SCHEDULE SETTLEMENT CONFERENCE AND DEFENDANTS' MOTION TO DISMISS

Now comes Andrea Jones, by her attorney Jeffery Gray and for her Motion to Re-Schedule the Settlement Conference and Defendants' Motion to Dismiss states as follows:

1. That this Court had previously set this matter for settlement conference and Defendants' Motion to Dismiss for June 11, 2008 at 4:30 PM.

2. That on June 9, 2008 the Court entered a Minute Order re-scheduling the settlement conference and Defendants' Motion to dismiss for June 19, 2008 at 4:30 PM.

3. That the Plaintiff's attorney, Jeffery Gray will be out of the country between June 16, 2008 and June 27, 2008 and will not be able to attend the settlement conference and Motion to Dismiss hearing on June 19, 2008.

4. That the Plaintiff's Attorney requests that the Court re-schedule the settlement conference/motion hearing for a date convenient to all the parties. Any date after June 27, 2008 would be convenient to the Plaintiff's attorney **except** July 8, 2008.

Wherefore, the Plaintiff requests that settlement conference/motion hearing be re-scheduled for another convenient date for the parties.

                Respectfully Submitted,

                By: /s/ Jeffery P. Gray
                    Jeffery P. Gray
                    Attorney for the Plaintiff, Andrea Jones

Jeffery P. Gray ARDC # 6180257
Attorney for the Plaintiff
27475 Ferry Rd
Warrenville, Illinois 60555
630-717-2761

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Andrea Jones | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 08 cv 1741 |
| Village of Maywood, Illinois, a Municipal | ) | |
| Corporation, Timothy Curry, S. Cordoba, | ) | |
| R. Ochoa, L. Kelly, K. West and unknown | ) | |
| Defendants; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   Howard C. Jablecki
       KLIEN, THORPE & JENKINS
       20 N. Wacker Dr. Suite 1660
       Chicago, Illinois 60606

     You are hereby notified that on June 9, 2008 I filed a Motion to Re-schedule the Settlement conference/Motion to Dismiss with the Clerk of the United States District Court, Northern District of Illinois, copies of which are attached hereto and hereby served upon you.

                                                                            Respectfully submitted,

                                                                            S/Jeffery Gray
                                                                            Attorney for Plaintiff

**PROOF OF SERVICE**

**I, certify that on June 9, 2008, I electronically filed the with the Clerk of the Court a Motion to Re-schedule the Settlement conference/Motion to Dismiss using the CM/ECF system which will send notification of such filing to the following:**

Klein Thorpe and Jenkins Ltd.
Howard Jablecki

                                                               **Andrea Jones**

                                                      By:     s/Jeffery Gray

Jeffery Gray, #6180257
27475 Ferry Road
Warrenville, IL 60555
630-717-2761