IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Andrea Jones ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 08 CV 1741 |
| Village of Maywood, Illinois, a Municipal ) | |
| Corporation, Timothy Curry, S. Cordoba, ) | |
| R. Ochoa, L. Kelly, K. West and unknown ) | |
| Defendants; ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Howard C. Jablecki
       KLIEN, THORPE & JENKINS
       20 N. Wacker Dr. Suite 1660
       Chicago, Illinois 60606

You are hereby notified that on June 11, 2008 at 9:45 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo or any judge sitting in his stead, in the courtroom usually occupied by him in Federal District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, Room 2141, and present the Motion to Re-schedule the Settlement Conference/Motion to Dismiss

Respectfully submitted,

S/ Jeffery Gray_____

**PROOF OF SERVICE**

I, Jeffery Gray, the attorney, certify that on June 9, 2008 I served this Notice of Motion by delivering a copy electronically to each person to whom it is directed.

S/ Jeffery Gray_____

Jeffery P. Gray ARDC # 6180257
Attorney for the Plaintiff
27475 Ferry Rd
Warrenville, Illinois 60555
630-717-2761