UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrea Jones
                           Plaintiff,

v.                                                          Case No.: 1:08−cv−01741
                                                           Honorable Ruben Castillo

Village of Maywood, Illinois, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion to
re−schedule settlement conference and defendants' motion to dismiss [13] is granted.
Defendants' motion to dismiss [9] is entered and continued to 7/1/2008 at 4:30 p.m.
Settlement conference reset to 7/1/2008 at 4:30 p.m. Motion hearing set for 6/11/2008 and
settlement conference set for 6/19/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.