IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 1741 |
| ) | Judge Castillo |
| VILLAGE OF MAYWOOD, Illinois, a ) | Magistrate Judge Ashman |
| Municipal Corporation, TIMOTHY ) | |
| CURRY, S. CORDOBA, R. OCHOA, L. ) | |
| KELLY, K. WEST and UNKNOWN ) | |
| DEFENDANTS, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To:   Jeffery P. Gray
      27475 Ferry Road
      Warrenville, Illinois 60555

**PLEASE TAKE NOTICE** that on June 27, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss**, a copy of which is attached and served upon you.

                                        /s/ Howard C. Jablecki

Lance C. Malina
Allen Wall
Howard C. Jablecki
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

iManage:215674_1

## CERTIFICATE OF SERVICE

     I, Howard C. Jablecki, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above-named attorneys, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on June 27, 2008

                                                     /s/ Howard C. Jablecki