UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrea Jones
           Plaintiff,

v.                   Case No.: 1:08−cv−01741
                  Honorable Ruben Castillo

Village of Maywood, Illinois, et al.
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 7/1/2008. The defendants' attorneys are requested to make a formal settlement offer to plaintiff's attorney on or before 7/15/2008 in light of the Court's recommendation. The Court will hold a status hearing in open court on 7/23/2008 at 9:45 a.m. Defendants' motion to dismiss [9] is denied without prejudice to its renewal in the form of a motion for summary judgment. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.