## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **ANDREA JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 CV 1741** |
| | ) | **Judge Castillo** |
| **VILLAGE OF MAYWOOD, Illinois, a** | ) | **Magistrate Judge Ashman** |
| **Municipal Corporation, TIMOTHY** | ) | |
| **CURRY, S. CORDOBA, R. OCHOA, L.** | ) | |
| **KELLY, K. WEST and UNKNOWN** | ) | |
| **DEFENDANTS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

To:    Jeffery P. Gray
        27475 Ferry Road
        Warrenville, Illinois 60555

**PLEASE TAKE NOTICE** that on August 5, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Answer to Complaint**, a copy of which is attached and served upon you.

                              /s/ Howard C. Jablecki

Lance C. Malina
Allen Wall
Howard C. Jablecki
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

iManage:217883_1

## <u>CERTIFICATE OF SERVICE</u>

I, Howard C. Jablecki, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above-named attorneys, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on August 5, 2008

/s/ Howard C. Jablecki