**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Andrea Jones
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01741
                                                Honorable Ruben Castillo

Village of Maywood, Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/6/2008 and continued to 9/18/2008 at 9:45 a.m. The parties are granted leave to proceed with all discovery. All discovery to be completed on or before 11/28/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.