UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrea Jones
                            Plaintiff,

v.                                                                  Case No.: 1:08−cv−01741
                                                                 Honorable Ruben Castillo

Village of Maywood, Illinois, et al.
                            Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: August 6, 2008

                                                                       /s/ Ruben Castillo

                                                             United States District Judge