UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Andrea Jones
                                         Plaintiff,

v.                                                                    Case No.: 1:08−cv−01741
                                                                    Honorable Ruben Castillo

Village of Maywood, Illinois, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Settlement Conference set for 9/15/2008 at 11:00 AM., in chambers 1366. All clients and parties with full authority to settle are to be physically present. Failure to have parties with full authority to settle present may result in the imposition of severe sanctions. (For further details see standing order on the court's web site at www.ilnd.uscourts.gov.) Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.